IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**J.T. BLAKNEY**                                                                               **PLAINTIFF**

v.                                                                   **CAUSE NO. 1:15CV152-LG-RHW**

**MS REGIONAL 8, ET AL.**                                                **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION, QUASHING CERTAIN SUMMONSES AND DISMISSING CERTAIN DEFENDANTS

This cause comes before the Court on the Report and Recommendation of United States Magistrate Judge Robert Walker entered in this cause on August 4, 2015. Magistrate Judge Walker reviewed summonses issued by the Clerk of Court in this case proceeding *in forma pauperis*, and determined that certain of them should not be forwarded to the U.S. Marshal for service. Additionally, Magistrate Judge Walker found that the plaintiff had named several improper parties as defendants, and that these parties should be dismissed from this action. The plaintiff filed a response stating that he agreed with the Magistrate Judge's conclusions and had no objection to the recommendation. After review of this matter, the Court finds that the Report and Recommendation is neither clearly erroneous nor contrary to law. It will therefore be adopted as the opinion of this Court.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Robert H. Walker entered in this cause on August 4, 2015 [12] should be, and the same hereby is, **ADOPTED** as

the finding of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that Harrison County Courthouse, Gulfport Police Department, Harrison County Jail Sheriff's Office and the Harrison County Detention Center are **DISMISSED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the summonses issued for Federal Government, Dept of Health, Gulf Coast Mental Health Center on Broad Avenue, Harrison County Courthouse, Gulfport Police Department, Harrison County Jail Sheriff's Office and the Harrison County Detention Center [9, pp. 2-7, 9] are **QUASHED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Clerk of Court shall deliver the summonses issued for the remaining defendants (Mississippi Regional Housing Authority and Mississippi Center for Legal Services Corp.), along with copies of the amended complaint to the United States Marshal Service for service in accordance with Fed. R. Civ. P. 4(c)(3).

**SO ORDERED AND ADJUDGED** this the 7th day of August, 2015.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE