IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**J.T. BLAKNEY**                                                                                       **PLAINTIFF**

**v.**                                                       **CAUSE NO. 1:15CV152-LG-RHW**

**MS REGIONAL 8, ET AL.**                                                     **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on the Defendants' Motions to Dismiss, the Court, after a full review and consideration of the Motions, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that this cause is **DISMISSED** pursuant to Fed. R. Civ. P. 12(b)(1).

**SO ORDERED AND ADJUDGED** this the 23rd day of October, 2015.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE